IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:17CR27 |
| | § | Judge Crone |
| AMANDA LYNN MOLLISON (1) | § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count Two of the Indictment with a violation of 18 U.S.C. § 1791 (a) (1) and 18 U.S.C. § 1791 (a)(2), Providing of Contraband in Prison and Aiding and Abetting. The essential elements which must be proven in order to establish a violation of these sections are:

**18 U.S.C. § 1791(a)(1), Providing of Contraband in Prison and Aiding and Abetting**

1. That the defendant knowingly provided, or attempted to provide, an object to an inmate in a prison;

2. That the defendant providing of the object violated a statute, or a rule or order issued under a statute; and

3. The object is a prohibited object.

**18 U.S.C. § 1791(a)(2) Providing of Contraband in Prison and Aiding and Abetting**

1. That the defendant knew the person receiving the prohibited object was an inmate of prison;

2. That the defendant knowingly made attempted to make a known prisoner an object; and

    3.    That the object is a prohibited object.

                Respectfully submitted,

                BRIT FEATHERSTON
                ACTING UNITED STATES ATTORNEY

                __/s/_____
                TRACEY M. BATSON
                Assistant United States Attorney
                Texas Bar No. 00784119
                101 E. Park Blvd., Ste. 500
                Plano, TX 75074
                Office:   972.509.1201
                Fax:   972.509.1209
                Tracey.Batson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document will be delivered to attorney for defendant via CM/ECF on April 28, 2017.

                __/s/_____
                TRACEY M. BATSON